918 A.2d 593

IN THE MATTER OF W. RAY WILLIAMS, AN ATTORNEY
AT LAW (ATTORNEY NO. 012451989).

March 15, 2007.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11, seeking the immediate temporary suspension of **W. RAY WILLIAMS** of **NEWARK**, who was admitted to the bar of this State in 1989, for failure to cooperate in an ethics investigation and appear for a demand audit, and good cause appearing;

It is ORDERED that **W. RAY WILLIAMS** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **W. RAY WILLIAMS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **W. RAY WILLIAMS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **W. RAY WILLIAMS** comply with *Rule* 1:20–20 dealing with suspended attorneys.